# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MELVYN WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-CV-04261-SLD-JEH |
| | ) | |
| vs. | ) | Judge Sara Darrow |
| | ) | Magistrate Judge Jonathan E. Hawley |
| CITY OF ROCK ISLAND, | ) | |
| EDDIE H. CONNELLY, and | ) | |
| JACK W. LAGRANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Agreement.


Respectfully submitted,


s/ Amanda S. Yarussos/ David Morrison
Counsel for PlaintiffCounsel for Defendants

Amanda S. YarussoDavid Morrison
111 West Washington Street, Suite 1500Morrison, Marquis, Campbell, Lareau & Weng
Chicago, Illinois 606021515 4th Avenue, Suite 301
(773) 510-6198Rock Island, IL 61201
(309) 786-3313